UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:05-cv-533-T-24TGW

IRENO LUIS DELGADO
_____/

**ORDER**

This cause comes before the Court on Defendant Kitchen's Motion to Quash Defendant Delgado's Trial Subpoena (Doc. No. 147). Defendant Kitchen was indicted in this case and has pled guilty to the two counts in the Indictment that apply to her. The Court has adjudicated Defendant Kitchen guilty, but she has not yet been sentenced, as her sentencing is set for October 12, 2006. Therefore, Defendant Kitchen moves to quash the subpoena served upon her by Defendant Delgado due to her right to assert her Fifth Amendment privilege against self-incrimination.

Upon consideration, it is ORDERED AND ADJUDGED that the motion is **DENIED**. However, prior to Defendant Kitchen testifying, the Court will allow Defendant Delgado to proffer the questions to be asked at trial, and at that time, the Court will determine whether the Court will sustain Defendant Kitchen's invocation of the Fifth Amendment privilege. See U.S. v. Kuku, 129 F.3d 1435, 1438 (11th Cir. 1997)(recognizing "that a defendant retains the Fifth Amendment privilege against self-incrimination prior to sentencing, despite having entered a guilty plea, because of the possible impact that compelled testimony may have on the defendant's as yet undetermined sentence").

**DONE AND ORDERED** at Tampa, Florida, this 14th day of August, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record